BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2244 |
| RONALD BAZILE, <br><br> Plaintiff, <br><br> VERSUS <br><br> DePUY ORTHOPAEDICS, INC., AND MARK STARRING AND ASSOCIATES, INC. <br><br> Defendants. | CIVIL ACTION NO. 2:11-cv-1262-JCZ-DEK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-9)

The plaintiff, Ronald Bazile, moves to vacate Conditional Transfer Order 9, rendered on June 3, 2011, consolidating his case with suits against DePuy based on its Pinnacle hip prosthesis. The transfer is unwarranted because Mr. Bazile's lawsuit is **not** based on the Pinnacle device. To the contrary, he sues over defects in DePuy's **S-ROM** model hip prosthesis. The reasons for this motion are set forth more fully in the accompanying memorandum.

Respectfully submitted,

**GERTLER LAW FIRM, L.L.P.**

/s/ Marcia Finkelstein
M. H. GERTLER, #6036
LOUIS L. GERTLER, #23091
MARCIA FINKELSTEIN, #5569
LEOLA M. ANDERSON, #30277
129 Carondelet Street
New Orleans, LA  70130
Ph.: (504) 581-6411 X211
Fax: (504) 581-6568
Email: mfinkelstein@gertlerfirm.com
Attorneys for Plaintiff, Ronald Bazile

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and served the unrepresented defendants by facsimile, email, hand-delivery and/or U.S. Mail, postage pre-paid and properly addressed.

/s/ Marcia Finkelstein