PAGE 0001 OF 0002

OCHSNER CLINIC FOUNDATION
1514 JEFFERSON HIGHWAY
~W ORLEANS, LOUISIANA 70121
.ONE 504/842-3000

PAT NAME: BAZILE, RONALD
CLINIC NUMBER: 1143273
HOSP NO:   6203931580
PROCEDURE DATE:   06-27-07

# O P E R A T I V E   N O T E

Ochsner Foundation Hospital

OPERATIVE REPORT

Patient Name:  Bazile, Ronald J
Clinic Number:  01143273
Hospital Number:  006203931580
Date of Procedure  06/27/2007
Location:  DASDAS 08

SURGEON:  J. Lockwood Ochsner, M.D.

ASSISTANT:  Husam Nawas, M.D.

OPERATION PERFORMED:  Right total hip arthroplasty metal-on-metal.

PREOPERATIVE DIAGNOSIS:  Osteoarthritis right hip.

)STOPERATIVE DIAGNOSIS:  Osteoarthritis right hip.

COMPONENTS USED:  The DePuy hip system.  We used a pinnacle dissector 2 cup.  It had a 60 mm outer diameter.  The liner was a metal insert, 40 x 60.  The SROM sleeve was the 18 D large and the femoral stem was a 36 standard neck 18 x 13 x 160 +8 lateralize.

OPERATIVE TECHNIQUE:  The patient was placed supine on the operating table.  Spinal anesthesia was introduced.  The patient was then placed in lateral decubitus position with the right hip up.  The patient was prepped and draped in sterile fashion.  The room was laminar air flow, the patient given preoperative antibiotics and the OR team wore the sterile exhaust suits, all to minimize risk for infection.  A foot pump was placed on the left foot to help prevent DVT.  A posterolateral incision was made.  Sharp dissection was carried down to the gluteus maximus fibers.  The gluteus maximus fibers were split in line with their orientation.  The external rotators were released from the femur.  The capsule was incised posteriorly and the hip was dislocated posteriorly.  A femoral neck cut was made about 15 mm above the lesser troch and 30 mm below the greater troch.  The femur was retracted anteriorly.  The anterior retractor was placed.  The acetabulum was well visualized.  Homans were placed anterior and posterior.  Care was taken not to violate the anterior and posterior column.  It was a big posterior osteophyte.  We started reaming with


EXHIBIT
P-1

PAGE 0002 OF 0002

OCHSNER CLINIC FOUNDATION
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LOUISIANA 70121
HONE 504/842-3000

PAT NAME: BAZILE, RONALD
CLINIC NUMBER: 1143273
HOSP NO:   6203931580
PROCEDURE DATE:    06-27-07

O P E R A T I V E   N O T E

the 48 and took it up to the 58. We put a 60-mm cup in with 25 degrees of forward flexion and 45 degrees of abduction. The cup was very stable. We put one 20 mm screw into the posterior column. Then put the trial liner in, then we sized the femur and the femur was in between the 11 and the 13. We went ahead and went with the 13. He had good cortices and thick bone, so we went ahead and used it. Then on the proximal sleeve and we reamed to the 18 D large and did a trial reduction. We were happy with the trial so we went ahead and put the actual liner in, then put the sleeve in without difficulty. No fractures. Then put the stem down and put 15 degrees of anteversion into the component. Then did a trial reduction. It was between the 6 and 9. I was trying to get him some length, but I did not want to over lengthen him either, so I went with the 6 cm. It seemed very stable. I went ahead the +6 40 mm head. Then reduced it. It was very stable. Repaired the posterior capsule and external rotators with #2 Vicryl through drill hole in the greater trochanter, closed the gluteus maximus fibers with #1 Vicryl over Hemovac drain, closed the subcutaneous tissues with 0 and 3-0 Vicryl and the skin with staples. A sterile bulky dressing was applied. There were no complications to this procedure.


Electronically Signed by
John Lockwood Ochsner, M.D. 07/03/2007 15:10
_____
John Lockwood Ochsner, M.D.

MQ/000385928 CS-DocID:   103496   Rpt DocID: MDQ288417361
D:   06/27/2007 11:03 A   T: 06/27/2007 12:02 P

cc:

## Surgery/2FL
### Nursing Intraop Record

| Patient Name: | BAZILE, RONALD J | | |
|---|---|---|---|
| Pt. Preferred Name: | | | |
| Med. Rec. #: | 1143273 | Pt #: | 6203931580 |
| SSN: | 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 | Sex: | Male |
| Age: | 53y | DOB: | 10/27/1953 |
| OR #: | OR 08 | Proc. Date: | 06/27/2007 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted | | |
|---|---|---|---|---|---|
| 1 | Dia. MM 6.6 MM LGT 20 | | right hip | | |

**Implant #: 3**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| HIP-PINNACLE CUP SECTOR #121 | DEPUY | 1217-22-060 | | ZT3E31000 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | Sz MM 60 | | right hip |

**Implant #: 4**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| HIP-SROM FEMUR STD. + LATERA | DEPUY | 52-3418 | | 2166189 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 05/31/2011 | right hip |

**Implant #: 5**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| HIP-SROM FEM.SLEEVE #55-0524 | DEPUY | 55-0524 | | 2375585 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 04/30/2012 | right hip |

**Implant #: 6**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Pinnacle Metal Insert | DePuy | | | 2313544 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | 40 mm ID x 60 mm OD | 01/31/2012 | right hip |

**Implant #: 7**

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| S-Rom M-Spec Femoral Head | depuy | | | 2366197 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | 04/30/2012 | right hip |

### I & O

| Time | Module | Description | Intake | Output | Balance |
|---|---|---|---|---|---|
| 07:16 | Nursing Preop | IV Fluids | 0 cc | | 0.00 |
| | | | | Grand Total: | 0.00 |

### Nurses' Notes

#### Times

| Pt. In Room: | 08:08 |
|---|---|
| Induction Start: | |


Ochsner Health System