DIV. L

JUDGE

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.    701249

~~701252~~

DIVISION " "

RONALD BAZILE

VERSUS

DePUY ORTHOPAEDICS, INC.,
and MARK STARRING AND ASSOCIATES, INC.

FILED: _____

DEPUTY CLERK

## PETITION FOR MEDICAL MONITORING AND DAMAGES

The petition of Ronald Bazile, a person of the full age of majority and a resident of Plaquemines Parish, State of Louisiana, respectfully represents:

1.

Defendant, DePuy Orthopaedics, Inc. ("DePuy"), is an Indiana corporation with its registered and principal office located in Warsaw, Indiana. At all times material hereto, it was licensed to do, and doing business, in the Parish of Jefferson, State of Louisiana.

2.

Defendant, Mark Starring & Associates, Inc. ("Starring"), is a corporation with its registered office located in Jefferson Parish, Louisiana.

3.

Venue for this action is proper in Jefferson Parish, Louisiana because Starring's registered office is located in Jefferson Parish. Venue is proper as to DePuy because the plaintiff alleges that DePuy is jointly and solidarily liable with Starring. In addition, the plaintiff sustained his injuries and damages in Jefferson Parish.

4.

On June 27, 2007, the plaintiff underwent right total hip replacement surgery at Ochsner Clinic Foundation in Jefferson Parish. His physician, Dr. John Lockwood Ochsner, Jr., implanted a hip prosthesis, manufactured by DePuy, known as the DePuy S-ROM Hip System. It included the Pinnacle Cup with a metal liner, a S-ROM Sleeve, and a femoral stem. The S-ROM Hip System, and the aforesaid components were manufactured, marketed and sold by DePuy.

EXHIBIT

P-2

5.

At all times relevant herein, Defendant, Starring, was the exclusive Louisiana Distributor of the DePuy hip prostheses, including the S-ROM Hip System.

## BACKGROUND

6.

The S-ROM Hip System was a modular, cementless system, including a titanium alloy stem and cobalt chrome femoral head.

7.

The S-ROM Hip System was classified as a Class III medical device by the Food and Drug Administration, and marketed under a process known as a 510(k). A manufacturer of a 510(k) device is allowed to market the device by way of notification that the device is substantially equivalent to a legally marketed predicate device. However, the manufacturers of Class III devices, such as the DePuy S-ROM Hip System, are required to perform clinical studies to assure the device's safety and effectiveness.

8.

Further, on April 9, 2009, the FDA published an Order requiring manufacturers of twenty-five Class III pre-amendments devices to submit to FDA a summary of, and citation to, any known, or otherwise available, safety or efficacy information, including that information which has not been submitted under section 519 of the Federal Food, Drug and Cosmetics Act. DePuy did not comply with that Order.

9.

The FDA issued to DePuy, on August 28, 2006, a 510(k) notification authorizing DePuy to market the S-ROM Hip System, based on DePuy's representation that the system was substantially similar to other previously approved devices.

10.

Defendant, DePuy, designed the S-ROM Hip System as a modular system. Two components in the system, the femoral stem and the femoral head, were made of different metals. Specifically, the stem was made of a titanium alloy and the femoral head was made of cobalt chrome. The stem is intended to fit into the head. These two different metals are in contact with each other at the junction of the femoral ball component with the taper of the

shaft component. When the ball is made from Cobalt-Chrome and the stem is from Titanium alloy, the risk of corrosion is greatly increased. As a result there is excessive fretting of the metals into the tissue and blood stream of the user causing increased risk of pain, tissue and organ damage, pseudotumors and cancer, etc.

<u>MEDICAL MONITORING CLAIM</u>

11.

Plaintiff discovered for the first time, in October 2010, that his blood contained elevated levels of cobalt, proximately caused by his DePuy S-ROM Hip System in his right hip. The excessive levels of cobalt may cause injury to his tissue and/or organs. In addition, the DePuy S-ROM Hip System is producing metal wear debris.

12.

Plaintiff requires medical monitoring, pursuant to Louisiana Civil Code article 2315. He will require future blood tests, periodic exams, x-rays, CT Scans, MRIs, and other tests, studies, procedures and medical services. Further, he may require revision surgery to explant and replace his DePuy S-ROM Hip System. The expense of medical monitoring, surveillance and future medical treatment results from manifest physical injuries: the plaintiff has metals in his bloodstream, is experiencing hip and groin pain, and suffers from other injuries and ill health effects caused by the defective DePuy S-ROM Hip System. The plaintiff requests that DePuy pay for medical monitoring expenses, as it is doing with ASR users.

<u>CAUSES OF ACTION AGAINST DePUY</u>

<u>FIRST CAUSE OF ACTION AGAINST DePUY- LIABILITY
UNDER LOUISIANA PRODUCTS LIABILITY ACT</u>

13.

The S-ROM Hip System, at the time of manufacture and sale, was defective in design and unreasonably dangerous in composition, subjecting users to elevated levels of metal in their blood, wear metal debris in their joint, corrosion, hip pain, malalignment problems, loosening of the component, premature failure of the hip prosthesis, infection, fracture of the bone, dislocation, metal sensitivity, metallosis, and other complications and adverse ill health effects.

Page 3 of 14

14.

Although the S-ROM Hip System was marketed, promoted and sold as lasting at least 15 years, it fails prematurely when used in the manner for which it was intended.

15.

The S-ROM Hip System implanted in Plaintiff was defective in design and composition, and defective because of the lack of, or inadequate instructions and warnings. The defects included, but are not limited to:

(a)     The S-ROM Hip System was defective in composition due to the fact that components which have contact with each other are made from different metals which cause corrosion and other complications and adverse health effects;

(b)     The S-ROM Hip System was defectively designed due to the fact that components of different metals are designed to fit together, interface and/or remain in constant contact with each other causing corrosion and other complications and adverse health effects;

(c)     The S-Rom Hip System is defective and causes the following adverse health effects: elevated levels of metal in the bloodstream, corrosion and wear metal debris in the joint, hip pain, malalignment problems, loosening of the component, premature failure of the hip prosthesis, infection, fracture of the bone, dislocation, metal sensitivity, metallosis etc.

(d)     The S-ROM Hip System lacked adequate warnings and/or instructions regarding the dangers of metal debris caused by the device;

(e)     The S-ROM Hip System lacked adequate warning and/or instructions regarding the need for medical monitoring in patients in whom these devices had been implanted, and the dangers and risks of these products; and

(f)     The S-ROM Hip System was insufficiently tested or studied *vis à vis* its potential adverse health effects in patients with these implanted devices.

Page 4 of 14

16.

Neither Plaintiff nor his orthopedic surgeon could have discovered the defects and dangers of the S-ROM Hip System through the exercise of due care, prior to its being implanted in plaintiff.

17.

Defendant, DePuy, as designer, manufacturer, marketer, and seller of medical devices, and particularly hip implants, is held to the level of knowledge of an expert in its field and, therefore, was presumed to know of the defects in its S-ROM Hip System, prior to implant in plaintiff.

18.

The S-ROM Hip System was defective as defined by Louisiana Products Liability Act (Louisiana Revised Statute 9:2800.51, *et seq.*) including, but not limited to, having defects in design, and composition, and inadequate warnings and instructions regarding the risks, and the use and reasonably foreseeable misuse of the product.

## SECOND CAUSE OF ACTION AGAINST DePUY- LIABILITY UNDER REDHIBITION

19.

Plaintiff incorporates by reference paragraphs 1 through 18 of this petition as if fully set forth and further alleges:

20.

DePuy was the seller of the S-ROM Hip System, which ultimately was in the plaintiff's body. DePuy warranted the buyer against redhibitory defects or vices in the S-ROM Hip System it sold. The S-ROM Hip System had redhibitory defects which rendered the device so useless, or its use so inconvenient, that the buyer would not have bought the thing had he known of the defects. The plaintiff, who ultimately bought the S-ROM Hip System, is entitled to obtain rescission of the sale.

21.

At the time the S-ROM Hip System was sold, the plaintiff neither knew nor reasonably could have been expected to discover the defects of the S-ROM Hip System.

22.

DePuy knew about the defects of the S-ROM Hip System so the plaintiff was not obligated to provide DePuy with notice of said defects.

23.

DePuy is a seller who knew the S-ROM Hip System had defects but failed to declare them. Alternatively, DePuy represented that the S-ROM Hip System was safe, effective, durable and fit for the purpose for which it was sold. DePuy knew that the S-ROM Hip System lacked these very qualities despite its representations. Consequently, DePuy is liable to return the purchase price of the S-ROM Hip System with interest from the time it was paid, to reimburse for the reasonable expenses occasioned by the sale, and to pay for damages and reasonable attorneys' fees. As a result of the injuries the plaintiff sustained from the defective S-ROM Hip System, he suffered economic loss in the reduction of his sales commissions from the sale of automobiles. DePuy is liable for the loss of the plaintiff's wages, income and fringe benefits from his employment; the cost of the doctor and hospital fees and other medical and pharmaceutical expenses he incurred from the treatment he received for the complications caused by the S-ROM Hip System, and reasonable attorneys' fees. As a manufacturer, DePuy is deemed to know that the S-ROM Hip System had redhibitory defects.

### THIRD CAUSE OF ACTION AGAINST DePUY-FRAUD UNDER CIVIL CODE ART. 1953

24.

Plaintiff incorporates by reference paragraphs 1 through 23 of this petition as if fully set forth and further alleges:

25.

Defendant, DePuy, was guilty of misrepresentation, fraud, under Civil Code article 1953, and deceptive business practices as defined under Louisiana law. DePuy misrepresented or suppressed the true facts about its marketing approval, the defects of the S-ROM Hip System and the fact it was unsafe, caused corrosion and released metals into the bloodstream, in order to obtain an unjust advantage for itself (i.e. to maximize its profits from the sale of the product).

<u>CAUSES OF ACTION AGAINST STARRING</u>

<u>CAUSES OF ACTION AGAINST STARRING</u>
<u>FIRST CAUSE OF ACTION- STARRING IS LIABLE AS A
DISTRIBUTOR WHO KNEW OR SHOULD HAVE KNOWN OF
THE DEFECTS OF THE S-ROM HIP SYSTEM</u>

26.

Plaintiff incorporates by reference paragraphs 1 through 25 of this petition as if fully set forth herein and further alleges:

27.

Defendant Starring was, at all times material hereto, the sole Louisiana distributor of DePuy's orthopedic devices including, but not limited to, the S-ROM Hip System. The plaintiff alleges that Starring is liable as a distributor of the S-ROM Hip System who knew or should have known of the S-ROM Hip System's defects. A distributor is liable under Louisiana law if it knew or should have known of the defects of a product.[1]

28.

The plaintiff attaches, as Exhibit P-1, and incorporates herein by reference, the declaration, pursuant to 28 U.S.C. §1746, of Professor Gary Frazier.[2] Prof. Frazier is the Richard and Jarda Hurd Professor of Distribution Management in the Marshall School of Business at the University of Southern California. He is recognized internationally for his research on marketing strategy, and the organization and management of channels of distribution, including the distribution of orthopedic devices.[3]

29.

In his declaration, he states that, in his opinion, manufacturers of orthopedic devices, such as DePuy, are responsible for providing information to their distributors regarding the safety risks of the medical devices they are distributing.[4] After all, distributors, like Starring, serve as DePuy's sales force.[5]

---

[1] *Walker v. Phillip Morris Incorporated*, 02-2995, 2003 WL 21914056 (E.D. La. Aug. 8, 2003), *Ard v. Kraft*, 540 So. 2d 1172, 1177 (La. App. 1st Cir. 1989).

[2] Exhibit P-1, which includes Prof. Frazier's declaration, used in an analogous case, and attached curriculum vitae.

[3] *Id.*

[4] *Id.*

[5] *Id.*

30.

Prof. Frazier indicates that he "would expect that DePuy, based on the relationship between manufacturer and distributor, did provide information to Starring regarding the functionality and safety risks of its products,"[6] including the S-ROM Hip System. Further, "Starring has a special duty to provide accurate product information to medical providers, hospitals and patients, especially about the functioning (e.g. durability) and safety of the hip prostheses that it is distributing. Consequently, Starring must be well informed about these products and make diligent efforts to keep abreast of the latest information on these products."[7]

31.

Finally, Prof. Frazier opines that, assuming DePuy was aware of functionality and safety risks of the S-ROM Hip System, more likely than not, its exclusive Louisiana distributor, Starring, would have been informed about them.[8]

32.

Defendant, Starring, knew or should have known that the S-ROM Hip System consisted of components made of different metals which were designed to fit into each other, with constant contact between the parts. Starring should have known this would cause corrosion, metal debris, release of cobalt and other metals into the user's blood stream and other adverse health effects.

33.

Defendant, Starring, knew or should have known that the metal on metal hip prostheses, including the S-ROM Hip System, had a high rate of failure. Starring's Sales Representatives and agents were present at the initial implantation, and revision/explantation surgeries of patients with S-ROM Hip Systems, so they should have known that the S-ROM Hip System had a high failure rate.

[6] Id.

[7] Id.

[8] Id.

## SECOND CAUSE OF ACTION AGAINST STARRING-
## LIABILITY FOR FAILING TO WARN OF PRODUCT DEFECTS

### 34.

The defendant, Starring, is also liable because, as a distributor of the S-ROM Hip System, it had a duty to warn of the defects, dangers and risks of the S-ROM Hip System of which it knew or should have been aware. It failed to warn, or inadequately warned, medical providers and patients including, but not limited to, the plaintiff's treating physician, Dr. John Lockwood Ochsner, Jr., and Mr. Bazile of the defects of the S-ROM Hip System, implanted in the plaintiff's right hip. These defects included, but were not limited to, (1) having two components which fit into each other (ergo had constant contact) which were made of different metals which thereby caused corrosion; (2) propensity to produce wear debris leading to the failure of the device and causing metals to enter the blood stream; and (3) the high rate of revision surgery necessitated by the implantation of the S-ROM Hip System; (4) other defects in design and composition;  and (5) inadequate warnings and instructions regarding the product risks and defects.

## THIRD CAUSE OF ACTION AGAINST STARRING-
## REDHIBITION (LOUISIANA CIVIL CODE ARTICLES 2520 *ET SEQ.*)

### 35.

Pursuant to Louisiana Civil Code articles 2520 *et seq.*, Starring is a seller who provided warranties to the buyers, including the plaintiff, against redhibitory defects or vices in the S-ROM Hip System it sold for implantation in his body. The S-ROM Hip System had redhibitory vices including those described in paragraph 34 and elsewhere in this petition, which are incorporated herein by reference, which rendered it useless, or its use so inconvenient that it must be presumed that the buyer would not have bought the thing had he known of its defects. The plaintiff avers that neither he nor Dr. John Lockwood Ochsner, Jr. knew nor reasonably could have been expected to discover the redhibitory defects of the S-ROM Hip System.

### 36.

The plaintiff was not required to give notice to Starring of the redhibitory defects because Starring knew about the defects. Alternatively, Starring, through its representatives, visits patients and their physicians and is aware of problems with the DePuy prostheses.

37.

Pursuant to Louisiana Civil Code article 2524, the S-ROM Hip System must be reasonably fit for its ordinary use, as a hip prosthesis. It was not. The seller, Starring, had reason to know the particular use that Dr. John Lockwood Ochsner, Jr. and Ronald Bazile intended for the S-ROM Hip System, or their particular purpose for buying the S-ROM Hip System. Dr. John Lockwood Ochsner, Jr. and Ronald Bazile relied on Starring's skill or judgment in selecting said device. Under Louisiana Civil Code article 2524, the S-ROM Hip System must be fit for Dr. John Lockwood Ochsner, Jr.'s, and Ronald Bazile's intended use, or for their particular purpose for buying and using the S-ROM Hip System. The S-ROM Hip System was not fit for its intended purpose, and Starring breached its obligations under the rules of conventional obligations and contracts.

38.

The defects in the S-ROM Hip System existed at the time of the product's delivery. The plaintiff's injuries caused by the S-ROM Hip System were not caused by any misuse of the product.

39.

Because of the defects of the S-ROM Hip System which caused injury to the plaintiff, he suffered economic losses including, but not limited to, loss of sales commissions, loss of income and fringe benefits, and medical, pharmaceutical and other incidental expenses.

40.

Starring was a seller of the S-ROM Hip System who knew that it was defective but failed to declare the defects, and/or was a seller who declared that the S-ROM Hip System had qualities regarding durability and safety, that it knew and/or should have known the S-ROM Hip System did not have. As a result, Starring is liable to the plaintiff for: (1) the return of the purchase price with interest from the time it was paid; (2) reimbursement of the reasonable expenses occasioned by the sale; (3) damages; and (4) reasonable attorneys' fees.

FOURTH CAUSE OF ACTION AGAINST STARRING-FOURTH CAUSE OF
ACTION AGAINST STARRING-
BREACH OF EXPRESS OR IMPLIED WARRANTIES OF
MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE

41.

The defendant, Starring, and its sales representatives, agents and employees made express and implied warranties to physicians including, but not limited to, Dr. John Lockwood Ochsner, Jr., that the S-ROM Hip System was merchantable and fit for use as a hip prosthesis, and was durable, safe and desirable to use. The S-ROM Hip System, in fact, was defective and unsafe, not merchantable and not fit for the purpose for which it was purchased (i.e. a hip joint replacement system). Defendant Starring breached its express warranty by affirmation, promise, description, and sample that the S-ROM Hip System was reasonably fit for its intended, safe use as a hip joint replacement system.

FIFTH CAUSE OF ACTION AGAINST STARRING-
LIABILITY FOR INTENTIONAL AND NEGLIGENT MISREPRESENTATIONS

42.

The defendant, Starring, and its sales representatives, agents and employees, negligently and/or intentionally misrepresented important facts about the safety, efficacy and durability of the S-ROM Hip System in their communications about the product with doctors, and other medical providers, and patients including, but not limited to, Dr. John Lockwood Ochsner, Jr., and Ronald Bazile. The defendant, Starring, and its sales representatives, agents and employees, represented that the S-ROM Hip System was safe, durable, and risk-free when, in fact, it had an unacceptable failure and complication rate, and had a propensity to cause corrosion, metal wear debris, release of metals into the bloodstream, component loosening, component malalignment, infection, fracture of the bone, dislocation, metal sensitivity, joint and groin pain, metallosis, prosthesis failure with the need for revision surgery, and other complications. Starring's intentional and/or negligent misrepresentations about the S-ROM Hip System were intended to, and did induce, either directly or indirectly, Dr. John Lockwood Ochsner, Jr. and the plaintiff to purchase and/or use the S-ROM Hip System and, as a result, the plaintiff suffered serious injuries.

### SIXTH CAUSE OF ACTION AGAINST STARRING- ACTING AS AGENT OF DePUY IN CARRYING OUT THE MANUFACTURER'S SCHEME OF FRAUDULENTLY CONCEALING INFORMATION REGARDING THE DANGERS OF THE S-ROM HIP SYSTEM

#### 43.

The manufacturer, DePuy, possessed information about the defects of the S-ROM Hip System including, but not limited to, the following: (1) it had an unacceptable failure and complication rate; (2) it caused a release of metals into the blood stream; (3) it caused injury from metal wear debris with adverse reactions in patients; and (4) it had a propensity to cause corrosion, component loosening, component malalignment, infection, fracture of the bone, dislocation, metal sensitivity, pain and other ill health effects.  DePuy knew of these and other defects from data in the medical literature, and information from studies and other sources. DePuy disseminated this information to its exclusive Louisiana distributor, Starring. DePuy and Starring, and/or DePuy, through Starring, deliberately concealed information about the aforesaid defects, risks and dangers of the S-ROM Hip System to prevent a decline of sales revenues from the S-ROM Hip System.

### SEVENTH CAUSE OF ACTION AGAINST STARRING- FRAUD AND DECEPTIVE PRACTICES

#### 44.

Defendant, Starring, is guilty of fraud, under Louisiana Civil Code article 1953, and deceptive trade practices, as defined under Louisiana law, in knowing about the S-ROM Hip System's defects but suppressing information about them for the purpose of increasing financial revenues from the sale of the product.

#### 45.

The defendants, DePuy and Starring, are jointly and solidarily liable to the plaintiff..

#### 46.

Plaintiff has suffered and continues to suffer from physical and mental pain and suffering, past, present and future; economic damages and losses including loss of wages, income and fringe benefits from employment; financial losses including past, present and future medical, pharmaceutical and incidental expenses, and the need for medical monitoring.

47.

Plaintiff desires a trial by jury in this matter.

**WHEREFORE**, the Plaintiff prays that the defendants be duly cited and served to appear and answer this petition and that, after due proceedings are had, there be judgment herein in favor of the Plaintiff, Ronald Bazile, and against the Defendants, DePuy Orthopaedics, Inc., and Mark Starring and Associates, Inc., jointly and *in solido* in an amount reasonable under the premises herein, together with medical monitoring expenses and all costs of these proceedings, together with judicial interest from the date of demand, all general and equitable relief as the law and facts may warrant, and for a trial by jury.

Respectfully submitted,

GERTLER LAW FIRM, L.L.P.

M. H. GERTLER #6036
MARCIA FINKELSTEIN   #5569
LEOLA M. ANDERSON   #30377
129 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-6411
Facsimile: (504) 581-6568

PLEASE SERVE:

DEPUY ORTHOPAEDICS, INC.
through its agent for service of process,
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

MARK STARRING AND ASSOCIATES, INC.
through its agent for service of process,
Mark Starring
117 Clearview Parkway
Metairie, LA 70001

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.                                             DIVISION " "

RONALD BAZILE

VERSUS

DePUY ORTHOPAEDICS, INC.,
and MARK STARRING AND ASSOCIATES, INC.

FILED: _____          _____
                                                DEPUTY CLERK

FILE FOR RECORD
2011 MAY -4  PM 3:50
DEPUTY CLERK
PARISH OF JEFFERSON, LA

JURY ORDER

Let there be a trial by jury upon applicant's depositing in the registry of the court the

sum of _____ for each day the court estimates the trial will last, and posting a bond in the

amount of _____ on or before _____, 2011.

GRETNA, LOUISIANA, this _____ day of _____, 2011.

                                        _____
                                                 J U D G E

Page 14 of 14

FILE FOR RECORD
2011 MAY -4  PM 3:50
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## Declaration of Prof. Gary Frazier

I declare under penalty of perjury that the foregoing is true and correct.

1. I am the Richard and Jarda Hurd Professor of Distribution Management in the Marshall School of Business at the University of Southern California. I am recognized internationally for my research on marketing strategy and the organization and management of channels of distribution. I have expertise generally on the subject of channels of distribution, including the distribution of orthopedic devices. I attach my curriculum vitae hereto.

2. I understand that Mark Starring and Associates, Inc. ("Starring") is the exclusive distributor in Louisiana of DePuy Orthopaedics, Inc.'s orthopedic products including, but not limited, to its ASR hip prosthesis.

3. In my opinion, a manufacturer of orthopedic devices, such as DePuy, has a responsibility to provide information to its distributors regarding the functionality and safety risks of the medical devices they are distributing.

4. A distributor, such as Starring, is in essence serving as DePuy's sales force in Louisiana.

5. In my opinion, I would expect that DePuy, based on the relationship between manufacturer and distributor, did provide information to Starring regarding the functionality and safety risks its products, including the ASR prosthesis.

6. In my opinion, Starring has a special duty to provide accurate product information to medical providers, hospitals and patients, especially about the functioning (e.g., durability) and safety of the hip prostheses that it is distributing. Consequently,

**EXHIBIT**

P-1

Starring must be well informed about these products and make diligent efforts to keep abreast of the latest information on these products.

7. In my opinion, assuming DePuy was aware of functionality and safety risks of the ASR prosthesis, it is more likely than not that its exclusive Louisiana distributor, Starring, would have been informed about them.

Executed on January 27, 2011.

Prof. Gary Frazier

G.   L. Frazier Resume
Page 1

January, 2010

# GARY L. FRAZIER

**PERSONAL DATA:**

**Address:**
Office:   University of Southern California
         Marshall School of Business
         Department of Marketing
         Hoffman 803
         Los Angeles, CA 90089-0443
         (213) 740-5032

Home:   27 Buggy Whip Drive
        Rolling Hills, CA 90274-5008
        (310) 377-6311

**Date of Birth:**   September 28, 1951

**Family Status:**   Married to Kyoung with a daughter, Jean (16 years), and a son, Ryan (10 years)

**Citizenship:**   U.S.A.

**EDUCATION:**

    D.B.A.:   Indiana University, Bloomington, 1979
        Major Field:      Marketing
        Minor Field:      Physical Distribution
        Minor Field:      Quantitative Analysis
        Dissertation:     An Empirical Examination of the Power-Influence Process in a Channel
                       of Distribution

    M.B.A.:  Indiana University, Bloomington, 1977

    B.S. in Business Administration and B.A. in History and Social Studies, magna cum laude:
        Bemidji State University, Bemidji, Minnesota, 1975

**PROFESSIONAL POSITIONS:**

| | |
|---|---|
| September 1993<br>to<br>Present | The Richard and Jarda Hurd Professor of Distribution Management, Marshall School of Business, University of Southern California, Los Angeles |
| September 1992<br>to<br>May 2000 | Academic Director of the Program in Distribution Management, Marshall School of Business, University of Southern California, Los Angeles |
| November 1990<br>to<br>August 1993 | The Jerry and Nancy Neely Professor of Marketing, Marshall School of Business, University of Southern California, Los Angeles |
| September 1990<br>to<br>Present | Full Professor of Marketing, Marshall School of Business, University of Southern California, Los Angeles; notified of promotion to Full Professor in November 1989 |
| July 1990<br>to<br>September 1995 | Chairperson of the Department of Marketing, Marshall School of Business, University of Southern California, Los Angeles |

G.   L. Frazier Resume
Page 2

**PROFESSIONAL POSITIONS (continued):**

| | |
|---|---|
| June 1984<br>to<br>August 1990 | Associate Professor of Marketing, Marshall School of Business, University of Southern California, Los Angeles; tenured since September 1, 1986 |
| April 1984 | Notified of promotion to Associate Professor of Business Administration (Marketing) with tenure, College of Commerce and Business Administration, University of Illinois, Urbana-Champaign; effective August 21, 1984 |
| August 1979<br>through<br>May 1984 | Assistant Professor of Business Administration (Marketing), College of Commerce and Business Administration, University of Illinois, Urbana-Champaign |
| August 1975<br>through<br>May 1979 | Associate Instructor of Marketing, Graduate School of Business, Indiana University, Bloomington |

**PROFESSIONAL HONORS:**

Co-Editor of the Journal of Marketing, starting 9-1-2009

Among the finalists for the Editorship of the Journal of Marketing, 2002 to 2005, 2005 to 2008, and 2008 to 2011 (finished runner-up the last two times)

Golden Apple Award from the undergraduate program in the Marshall School of Business, USC, for outstanding teaching, Spring, 2008

Golden Apple Award from the undergraduate program in the Marshall School of Business, USC, for outstanding teaching, Spring, 1997

Honorable mention in the MBA Golden Apple award competition for outstanding teaching of an elective course, Marshall School of Business, USC, 2000-2001 academic year

Outstanding Educator Award from the MBA Association, University of Illinois, Spring, 1984

Distinguished Teaching Award from the Graduate College, Indiana University, Spring, 1978

Among the finalists for the 1988 William O'Dell Award given by the Journal of Marketing Research based on a 1983 sole-authored article entitled "On the Measurement of Interfirm Power in Channels of Distribution"; the award is given to the article that has made the most significant long-run contribution to marketing theory, methodology, or practice

Participated in Arizona State University's "Distinguished Visiting Professor Program," May, 1986

Faculty member at the 1999 AMA Ph.D. Consortium at the University of Southern California, August 3 through August 7

Faculty member at the 1996 AMA Ph.D. Consortium at the University of Colorado, July 31 through August 2

Faculty Member at the 1992 AMA Ph.D. Consortium at Michigan State University, August 4 through August 8

G.   L. Frazier Resume
Page 3

**PROFESSIONAL HONORS (continued):**

Nominated for the University Associates Award for "creativity in research and scholarship" at USC during Fall semester, 1989 and 1990

On list of "excellent professors," University of Illinois, each semester, Spring, 1980 through Spring, 1984

Named outstanding graduate business student (all DBAs and MBAs considered), Indiana University, 1977-78

Passed major and minor D.B.A. comprehensive examinations with distinction, Indiana University, Summer, 1978

Elected to Beta Gamma Sigma, 1978

Honorary Membership in Alpha Kappa Psi, 1981

Investors in Business Education general research grants, University of Illinois, Summers, 1980 and 1982

General research grant from Caterpillar Tractor Company, Summer, 1983

Internship with Famous Barr Department Stores, St. Louis, July, 1983; examined buyer-vendor relations

Research grant from the Research Board at the University of Illinois, Fall, 1983, for a study of industrial distributorships

Research grant from Procter and Gamble, Fall, 1983, for a study of industrial distributorships

Research grant from Beltone Electronics Corporation, Spring, 1987, for a study of hearing aid dealers

Research Grants from the Marketing Science Institute and the Institute for the Study of Business Markets, Summer, 1990, for a study on channel structure

Chaired dissertation of Kirti Shawney Celli, who won a grant from the Institute for the Study of Business Markets at Penn State in 1990 for her dissertation

**PROFESSIONAL SERVICE:**

Reviewer for the Journal of Marketing Research during 2007

Reviewer for the Journal of the Academy of Marketing Science during 2007 and 2008

Member of the Editorial Review Board of the Journal of Marketing from December of 1984 to present

Member of the Editorial Review Board of the Journal of International Business Studies from June of 2005 to December of 2007

Member of the Editorial Review Board of the Journal of Marketing Research from July of 1985 through December of 2003

G.  L. Frazier Resume
Page 4

## PROFESSIONAL SERVICE (continued):

Served as a "Guest Editor" on a paper for Wagner Kamakura, Editor of the Journal of Marketing Research, Summer, 2002

Member of the Board of Consulting Editors of the International Journal of Research in Marketing from January of 2001 through September of 2006

Leader of the "Inter-organizational Marketing" Special Interest Group (SIG), May 1, 2001 through September 1, 2003

Member of the Selection Committee for the 1989 William O'Dell Award at the Journal of Marketing Research

Member of the Selection Committee for the 1992 William O'Deal Award at the Journal of Marketing Research

Represented the Editor of the Journal of Marketing Research, Russ Winer, at a "Meet the Editors' session at the Academy of Marketing Science Annual Conference, Norfolk, Virginia, May 28, 1998

Member of Advisory Board of the Review of Marketing from Fall of 1987 to Fall of 1993

Member of the Advisory Board of South-Western Publishing Company during 1989

Member of the Editorial Review Board of the Journal of Retailing from December of 1986 until July of 1994

Member of the Editorial Review Board of the Journal of Business-to-Business Marketing from September of 1990 to September of 1995

Reviewer for the Journal of Marketing Research from June of 1983 to June of 1985

Reviewer for the Journal of Marketing from April of 1983 to November of 1984

Reviewer for Marketing Science in 1996

Reviewer for the Administrative Science Quarterly from 1982 to 1990

Reviewer for the The Academy of Management Review from 1988 to 1992

Reviewer for Management Science from 1987 to 1992

Reviewer for Research in Marketing from 1982 to 1993

Reviewer for Psychology and Marketing from 1987 to 1990

Reviewer for Sloan Management Review from 1988 to 1992

Reviewer for International Journal of Research in Marketing in 1989

Member of MSI's Business-to-Business Steering Committee from the summer of 1991 through the summer of 1995

G.  L. Frazier Resume
Page 5

## PROFESSIONAL SERVICE (continued):

Co-chair of the 1988 AMA Educators' Conference held in San Francisco

Co-chair of the 1991 AMA Ph.D. Consortium held at USC, August 13 through August 17

Chair of the Marketing Management and Institutions Track of the 1987 AMA Educators' Conference

Chair of the Marketing Strategy, Planning, and Control Track of the 1985 AMA Educators' Conference

Chair of the Exchange Theory Track of the 1989 AMA Winter Theory Conference

Chair of a special session at the 1988 AMA Winter Theory Conference entitled "The Interface of Macro and Micro Channel Issues," February 9

Chair of a competitive paper session at the 1990 AMA Winter Theory Conference entitled, "Interfunctional Aspects of Marketing Management," February 26

Chair of a competitive paper session at the 1990 AMA Summer Educators' Conference entitled, "Channel Management and Physical Distribution Management," August 7

Chair of a competitive paper session at the 1991 AMA Summer Educators' Conference entitled, "Channels and Strategy," August 18

Member of a panel on "The American Marketing Association's Doctoral Consortium: 25 Years Later" at the 1991 AMA Summer Educators' Conference, August 18

Served on "Blue Ribbon Panel" to select best paper for the 1989 AMA Educators' Conference

Co-organizer (along with Jagdish Sheth) of the Stellner Symposium on Theories of Marketing Practice, Champaign, IL., May 23 to May 25, 1985

Reviewer for the Marketing Management Track of the 1986 AMA Educators' Conference

Reviewer for the Marketing Mix and Marketing Institutions Track of the 1983 AMA Educators' Conference

Reviewer for the Marketing Management Track of the 1987 AMA Winter Theory Conference

Reviewer for the Marketing Research Track of the 1989 AMA Educators' Conference

Reviewer for the Marketing Theory Track and the Marketing Implementation Track of the 1990 Winter Educators' Conference

Reviewer for the Marketing Planning and Strategy Track and the Marketing Management and Institutions Track of the 1990 AMA Educators' Conference

Reviewer for the Marketing Theory Track of the 1991 Winter Educators' Conference

Reviewer for the Marketing Planning and Strategy Track of the 1991 AMA Educators' Conference

G.  L. Frazier Resume
Page 6

**PROFESSIONAL SERVICE (continued):**

Discussant of papers in a session on "Scaling and Measurement Issues in Marketing Research" at the 1989 AMA Educators' Conference

Judge for the annual AMA Doctoral Dissertation Competition since 1984

Judge of Research Proposals for Faculty Summer Fellowships at the University of Cincinnati during spring semester of 1985

Reviewer for the University of Pennsylvania Press during 1985

Reviewer for Random House during 1983

Appeared on ESPN's "Business Times" cable television program, speaking on the use of sales incentives to motivate salespeople, April 8, 1985

Appeared on CNN discussing the marketing strategy of non-profit and for-profit organizations, January 7, 1987

**PROFESSIONAL ORGANIZATIONS:**

American Marketing Association
Beta Gamma Sigma

**RESEARCH AND TEACHING INTERESTS:**

Distribution channel organization and management, and marketing strategy

**PUBLICATIONS:**

**Book Contributions**

Gary L. Frazier, Organizing and Managing Channels of Distribution, Thousand Oaks, CA: Sage Publications, Inc., forthcoming.

Gary L. Frazier, Strategies of Distribution, New York: Oxford University Press, forthcoming.

Gil P. Harrell and Gary L. Frazier (1999), Principles of Marketing, Upper Saddle River, NJ: Prentice-Hall.

Jagdish N. Sheth and Gary L. Frazier (1993), Advances in Telecommunications Management Volume 4, Ruby Dholakia, (volume editor), "Strategic Perspective on the Marketing of Information Technologies", Greenwich, CT: JAI Press.

Gary L. Frazier (ed.) (1992), Advances in Distribution Channels Research, Volume 1, Greenwich, CT: JAI Press.

Jagdish N. Sheth and Gary L. Frazier (eds.) (1990), Advances in Telecommunications Management, Volume 1, Massoud Saghafi and Ashok Gupta (volume editors), "Managing the R&D - Marketing Interface," Greenwich, CT: JAI Press.

G.   L. Frazier Resume
Page 7

PUBLICATIONS (continued):

Book Contributions:

Jagdish N. Sheth and Gary L. Frazier (eds.) (1990), Advances in Telecommunications Management, Volume 2, Wesley Johnston (volume editor), "Purchasing in the 1990s," Greenwich, CT:  JAI Press.

Jagdish N. Sheth and Gary L. Frazier (1990), Advances in Telecommunications Management, Volume 3, Thomas Housel (volume editor), "Information Technology and Crisis Management," Greenwich, CT:  JAI Press.

Richard P. Bagozzi, J. Paul Peter, Terry L. Childers, A. Fuat Firat, Gary L. Frazier, Erdogan Kumcu, Michael L. Rothschild, Alan Sawyer, Edward C. Strong, and Alladi Venkatesh (eds.) (1989), Proceedings, American Marketing Association's' Winter Theory Conference, Chicago:  American Marketing Association, February.

Gary L. Frazier, Charles Ingene, David Aaker, Avijit Ghosh, Tom Kinnear, Sidney Levy, Rick Staelin, and John Summers (eds.) (1988), Proceedings, American Marketing Association's National Educators' Conference, Chicago:  American Marketing Association, August.

Gary L. Frazier and Jagdish N. Sheth (eds.) (1987), Contemporary Views on Marketing Practice, Lexington, MA:  Lexington Books.

Susan Douglas, Michael Solomon, Mark Alpert, James Anderson, Peter Doyle, Gary Ford, Gary L.   Frazier, Vijay Mahajan, and William Pride (eds.) (1987), Proceedings, American Marketing Association's National Educators' Conference, Chicago:  American Marketing Association, August.

Robert F. Lusch, Gary T. Ford, Gary L. Frazier, Roy D. Howell, Charles A. Ingene, Michael Reilly and Ronald W. Stampfl (eds.) (1985), Proceedings, American Marketing Association's National Educators' Conference, Chicago: August.

Articles

Gary L. Frazier, Elliot Maltz, Kersi Antia, and Aric Rindfleisch (2009), "Distributor Sharing of Strategic Information with Suppliers," Journal of Marketing, 73 (July), 31-43.

Gary L. Frazier (2009), "Physical Distribution and Channel Management: A Knowledge and Capabilities Perspective," Journal of Supply Chain Management, 45 (April), 23-36.

Tassu Shervani, Gary L. Frazier, and Goutam Challagalla (2007), "The Moderating Influence of Firm Market Power on the Transaction Cost Economics Model:  An Empirical Test in a Forward Channel Integration Context," Strategic Management Journal, 28 (June),   635-652.

Kersi Antia and Gary L. Frazier (2001), "The Severity of Contract Enforcement in Interfirm Channel Relationships," Journal of Marketing, 65 (October), 67-81

Gary L. Frazier (1999), "Organizing and Managing Channels of Distribution",Journal of the Academy of Marketing Science 27 (Spring), 226-240.

G.   L. Frazier Resume
Page 8

PUBLICATIONS (continued):

Articles

Keysuk Kim and Gary L. Frazier (1997), "On the Measurement of Distributor Commitment in Industrial Channels of Distribution," Journal of Business Research, 40 (October), 139-154.

Keysuk Kim and Gary L. Frazier (1997), "On Distributor Commitment in Industrial Channels of Distribution: A Multi-component Approach," Psychology and Marketing, 14 (December), 847-877.

Gary L. Frazier and Walfried M. Lassar (1996), "Determinants of Distribution Intensity," Journal of Marketing, 60 (October), 39-51.

Kirti Celly and Gary L. Frazier (1996), "Outcome-based and Behavior-based Coordination Efforts in Channel Relationships," Journal of Marketing Research, 33 (May), 200-210.

Keysuk Kim and Gary L. Frazier (1996), "A Typology of Distribution Channel Systems: A Contextual Approach," International Marketing Review, 13 (1), 19-32.

Gary L. Frazier and Kersi Antia (1995), "Exchange Relationships and Interfirm Power in Channels of Distribution," Journal of the Academy of Marketing Science, 23 (Fall), 321-326.

Gary L. Frazier, Bernard J. Jaworski, Ajay K. Kohli, and Barton A. Weitz (1994), "Buyer-Supplier Relational Characteristics and Joint Decison Making," Marketing Letters, 5 (July), 259-270.

Gary L. Frazier (1994), "A Perspective on Interorganizational Exchange in Channels of Distribution," in Research Traditions in Marketing, Gilles Laurent, Gary Lilien, and Bernard Pras, editors, New York: Kluwer Academic Publishers, 378-382.

David W. Stewart, Gary L. Frazier, and Ingrid Martin (1993), "Integrated Channel Management: Merging the Communications and Distribution Functions of the Firm," in The Psychology of Integrated Communication, Ester Thorson and Jeri Moore, eds, Hillsdale, NJ: Lawrence Erlbaum.

Gary L. Frazier and Jagdish N. Sheth (1993), "The Vertical Integration Issure in Channels of Distribution," in Strategic Perspectives on the Marketing of Information Technologies Rudy Dholakia, ed., Greenwich, CT: JAI Press.

Gary L. Frazier and Tassu Shervani (1992), "Multiple Channels of Distribution and Their Impact on Retailing," in The Future of U.S. Retailing: An Agenda for the 21st Century Robert Peterson, ed., New York: Quorum Books, 217-237.

Gary L. Frazier and Raymond C. Rody (1991), "The Use of Influence Strategies in Interfirm Relationships in Industrial Product Channels," Journal of Marketing, 55 (January), 52-69

Gary L. Frazier, Kirti Sawhney, and Tassu Shervani (1990), "Intensity, Functions, and Integration in Channels of Distribution," Review of Marketing, Volume 4, 263-298

G.   L. Frazier Resume
Page 9

PUBLICATIONS (continued):

Articles

Gary L. Frazier (1990), "The Design and Management of Channels of Distribution:  A State-of-the-Art Perspective," in The Interface of Marketing and Strategy, George Day, Barton Weitz, and Robin Wensley, eds., Greenwich, CT:  JAI Press, 255-304.

Saul Klein, Gary L. Frazier, and Victor J. Roth (1990), "A Transaction Cost Analysis Model of Channel Integration in International Markets," Journal of Marketing Research, 27 (May), 196-208.

Gary L. Frazier and David W. Stewart (1990), "Channel Member Response to Trade Programs," Research in Marketing, Volume 10, 15-59.

Gary L. Frazier, James D. Gill, and Sudhir H. Kale (1989), "Dealer Dependence Levels and Reciprocal Actions in a Channel of Distribution in a Developing Country," Journal of Marketing, 53 (January), 50-69.

Gary L. Frazier and Sudhir H. Kale (1989), "Distribution Channel Relationships:  A Sellers' versus Buyers' Market Perspective," International Marketing Review, 6 (6), 7-26.

Gary L. Frazier, Robert E. Spekman, and Charles R. O'Neal (1988), "Just-In-Time Exchange Relationships in Industrial Markets," Journal of Marketing, 52 (October), 52-67.

One of the articles in the eighth edition of Marketing Classics.

Prem N. Shamdasani and Gary L. Frazier (1988), "Intrachannel Complaining Behavior and Conflict," Journal of Consumer Satisfaction, Dissatisfaction, and Complaining Behavior, Volume 1, 97-103.

Gary L. Frazier and John O. Summers (1987), "Push and Pull Strategies in Industrial Markets: a Normative Framework," in Contemporary Views on Marketing Practice, Gary Frazier and Jagdish Sheth, eds., Lexington, MA:  Lexington Books, 217-235.

Gary L. Frazier and John O. Summers (1986), "Perceptions of Interfirm Power and Its Use within a Franchise Channel of Distribution," Journal of Marketing Research, 23 (May), 169-176

Gary L. Frazier and Jagdish N. Sheth (1985), "An Attitude-Behavior Framework for Distribution Channel Management," Journal of Marketing, 49 (Summer), 38-48.

Gary L. Frazier and Roy D. Howell (1985)," The Data Aggregation Issue in Empirical Analysis for Strategic Market Planning," in Strategic Marketing and Management, Howard Thomas and David Gardner, eds., London:  John Wiley Limited, 167-180.

Gary L. Frazier (1984), "The Interfirm Power-Influence Process within a Marketing Channel," Research in Marketing, Volume 7, 63-91.

Gary L. Frazier and John O. Summers (1984), "Inter-firm Influence Strategies and Their Application within Distribution channels," Journal of Marketing, 48 (Summer), 43-55.

G.   L. Frazier Resume
Page 10

PUBLICATIONS (continued):

Articles:

Gary L. Frazier (1983),"Inter-organizational Exchange Behavior in Marketing Channels:  A
    Broadened Perspective," Journal of Marketing, 47 (Fall), 68-78.

    Reprinted in Marketing Theory: Classic and Contemporary Readings, Jagdish N. Sheth
    and Dennis Garrett, eds., Cincinnati, OH:  Southwestern Publishing Company, 1986,
    702-721.

Gary L. Frazier (1983), "On the Measurement of Interfirm Power in Channels of Distribution,"
    Journal of Marketing Research, 20 (May), 158-166.

    Finalist for the 1988 Journal of Marketing Research William O'Dell Award for making
    a "significant long-run contribution to marketing theory, methodology, or practice."

Gary L. Frazier and Roy D. Howell (1983), "Business Definition and Performance," Journal of
    Marketing, 47 (Spring), 59-67.

Jagdish N. Sheth and Gary L. Frazier (1983), "A Margin-Return Model for Strategic Market
    Planning," Journal of Marketing, 47 (Spring), 100-109.

    Request made to the Journal of Marketing in 1984 for translation and reprinting of the
    article in an Italian quarterly journal; request made to Journal of Marketing in 1985 for
    reprinting of the article in a marketing management readings book.

    One of the articles in the eighth edition of Marketing Classics.

Gary L. Frazier and Roy D. Howell (1982), "Intra-industry Marketing Strategy Effects on the
    Analysis of Firm Performance," Journal of Business Research, 10 (December), 431-443.

Roy D. Howell, Gary L. Frazier, and P. Ronald Stephenson (1982), "Using Industry Data in
    Small Business Decision Making:  Potential Problems," Journal of Small Business
    Management, 20 (April), 45-56.

Jagdish N. Sheth and Gary L. Frazier (1982), "A Model of Strategy Mix Choice for Planned
    Social Change," Journal of Marketing, 46 (Winter), 15-26.

    Request made to Journal of Marketing in 1985 for reprinting of the article in a
    marketing management readings book.

P.   Ronald Stephenson, William L. Cron, and Gary L. Frazier (1979), "Delegating Pricing
    Authority to the Sales Force:  The Effects on Sales and Profit Performance," Journal
    of Marketing, 43 (Spring), 21-28.

Dictionary

Contributed conceptual definitions in the channels of distribution area for Peter Bennett (ed.)
    (1994), Dictionary of Marketing Terms, Chicago:  American Marketing Association.

G.   L. Frazier Resume
Page 11

**PUBLICATIONS (continued):**

**Published Proceedings**

Gary L. Frazier (1987), "On the Theory of Distribution Channel Structure," Proceedings, 12th Paul D. Converse Symposium, Devanathan Sudharshan and Frederick Winter, eds., Chicago:  American Marketing Association, 138-160.

James R. Brown and Gary L. Frazier (1978), "The Application of Channel Power:  Its Effects and Connotations," Proceedings, Marketing Educators' Conference, Chicago:  American Marketing Association.

Gary L. Frazier (1978), "An Indirect Approach to Measuring Power in Distribution Channels," Proceedings, Midwest AIDS, May.

Gary L. Frazier and James R. Brown (1978), "Use of Power in the Interfirm Influence Process," Proceedings, Albert Haring Doctoral Symposium, Indiana University, May.

Donald Granbois, John O. Summers, and Gary L. Frazier (1977), "Correlates of Consumer Expectations and Complaining Behavior," Consumer Satisfaction, Dissatisfaction, and Complaining Behavior, Ralph Day, ed., Division of Research:  Indiana University, August.

**ARTICLE SUBMISSION:**

Gary L. Frazier, Elliot Maltz, Kersi Antia, and Aric Rindflesh, "Intermediary Sharing of Strategic Information with Suppliers," under second revision for the Journal of Marketing.

**WORK IN PROCESS:**

Kersi Antia, Gary L. Frazier, and Elliot Maltz, "The Transfer of Explicit Product Knowledge in Inter-firm Channel Relationships: The Impact on Intermediary Salesperson Performance," soon to be submitted to the Strategic Management Journal.

Gary L. Frazier, "Relational Exchange in Channels of Distribution: A Knowledge and Capabilities Perspective," to be submitted to the Journal of Marketing this coming summer.

Vishal Kashyap, Kersi Antia, and Gary L. Frazier, "Contracts, Monitoring, and Role Behavior in Inter-firm Channel Relationships," to be submitted to the Journal of Marketing Research later this year.

Gary L. Frazier, Rick McFarland, and Tassu Shervani, "Channel Integration: Form, Breadth, and Degree," to be submitted to the Journal of Marketing later this year.

Gary L. Frazier, "Knowledge Transfer and Integration in Distribution Channel Relationships," A study still in the planning stage.

**PRESENTATIONS:**

Sheth Symposium, Emory University, November 8th, 2009, Keynote Address, "Career and Contributions of Jagdish Sheth."

G.   L. Frazier Resume
Page 12

**PRESENTATIONS (continued):**

AMA Summer Educators' Conference, July 29, 2005, 5th Annual Doctoral Student SIG Pre-Conference Symposium, "Navigating the Publishing Process," (with Greg Gundlach).

AMS Summer Eductors' Conference, July 29, 2005, 5th Annual Doctoral Student SIG Pre-Conference Symposium, Member of a Round Table on Research and Teaching in the Marketing Discipline.

AMA Summer Educators' Conference, August 17, 2003, "Innovative Channels Research."

AMA Ph.D. Consortium, Emory University, June 8, 2002, "Problem-Driven Theory Development."

Research seminar, Department of Marketing, University of Southern California, April 20, 2001, "The Adoption of New Channels of Distribution."

AMA Ph.D. Consortium, University of Southern California, August 4, 1999, "The Boundaries of Relationship Marketing in Channels of Distribution."

AMA Summer Educators' Conference, August 15, 1998, "Power and Relationship Marketing"; a special session held in honor of Louis Stern.

Research Conference of the Journal of Marketing and the Marketing Science Institute, Boston, June 5, 1998, "The Boundaries of Relationship Marketing in Channels of Distribution", with Dave Stewart.

Research Seminar, University of Georgia, April 26, 1997, "Channel Research:  Challenges and Opportunities."

Research Seminar, University of Georgia, April 25, 1997, "Distributor Information Sharing in Channels of Distribution."

AMA Ph.D. Consortium, University of Colorado, July 31, 1996, "Channel Systems:  A Macro Perspective."

AMA Faculty Consortium on Strategic Marketing, Arizona State University, June 12, 1996, "Interorganizational Perspectives:  Redrawing Boundaries and Managing Strategic Interdependencies."

Research Seminar, University of Houston, October 27, 1995, "Outcome-based and behavior-based Coordination Efforts in Channel Relationships."

Research Seminar, University of Florida, April 8, 1995, "Outcome-based and Behavior-based Channel Coordination Efforts."

Doctoral Internationalization Consortium, University of Texas, Austin, March 25, 1995, "International Channels Research."

AMA Winter Educators' Conference, February 13, 1995, "Close Channel Relationships:  To Be or Not to Be."

Research Seminar, University of Colorado Boulder, March 20, 1994, "Distribution Intensity."

G.  L. Frazier Resume
Page 13

PRESENTATIONS (continued):

AMA Summer Educators' Conference, August 10, 1993, "Channel Systems in the Global
Arena:  A Typology" (with Kaysuk Kim).

MSI Charleston Conference on Understanding Competitive Decision-Making, June 15, 1993,
"Buyer-Seller Relational Characteristics and Joint Decision-Making" (with Bernie
Jaworski, Ajay Kohli, and Bart Weitz).

Research Seminar, Penn State University, September 23, 1992, "Behavioral Channels Research:
Future Challenges."

AMA Ph.D. Consortium, Michigan State University, August 5, 1992, "Behavioral Channels
Research:  Progress and Problems."

USC/UCLA Marketing Colloquium, May 15, 1991, "Behavioral Channel Research:  Present
Knowledge and Needed Research."

Research Seminar, University of Pittsburgh, April 19, 1991, "Behavioral Channel Research:
Present Knowledge and Needed Research."

Retailing in the Year 2000 Symposium, University of Texas, Austin, November 16 1990,
"Multiple Channels of Distribution and Their Impact on Retailing."

Research Seminar, University of California-Irvine, March 9, 1990, "The Use of Influence
Strategies in Interfirm Relationships in Industrial Product Channels."

Research Seminar, University of Alabama, February 16, 1989, "The Use of Influence Strategies
in Channel Relationships in Industrial Product Channels."

Special Session on Behavioral Channels Research at the AMA Winter Theory Conference,
February 13, 1989, "Future Challenges in Distribution Channel's Research."

Center for Telecommunications Management Conference on Marketing Strategies for
Information Technologies, November 18, 1988, "The Vertical Integration Issue in
Channels of Distribution."

AMA Faculty Consortium on Marketing Channels and Distribution, July 27, 1988, "Marketing
Channel Behavior."

Research Seminar, University of Minnesota, May 6, 1988, "Dealer Dependence Levels and
Reciprocal Actions in a Channel of Distribution in a Developing Country."

Academy of Marketing Science Conference, April 28, 1988, Montreal, Canada, "The Status of
Distribution Channel Research;" this was an invited presentation in a special session on
channels research.

Marketing Theory Conference, February 9, 1988, "The Interface of Macro and Micro Channel
Issues."

Research Seminar, University of Washington-Seattle, March, 1987, "Challenges in Conducting
Distribution Channel Research."

G.  L. Frazier Resume
Page 14

PRESENTATIONS (continued):

Research Seminar, University of California-Irvine, January, 1987, "Challenges in Conducting
Distribution Channel Research."

USC/UCLA Marketing Colloquium, May 30, 1986, "Push and Pull Marketing Strategy for
Industrial Markets:  A Normative Framework."

Twelfth Ph.D. Converse Symposium, American Marketing Association, University of Illinois
Urbana, May 19, 1986, "On the Theory of Distribution Channel Structure."

Research Seminar, Distinguished Professor Program, Arizona State University, May 2, 1986,
"Push and Pull Marketing Strategy for Industrial Markets:  A Normative Framework."

Research Seminar, Distinguished Professor Program, Arizona State Univesity, May 1,
1986, "Problems and Challenges in Distribution Channel Research."

Stellner Symposium on Theories of Marketing Practice, University of Illinois, May, 1985, "Push
and Pull Marketing Strategy for Industrial Markets:  A Normative Framework."

Research Seminar, University of Cincinnati, March, 1985, "Push and Pull Marketing Strategy for
Industrial Markets."

Research Seminar, Southern Methodist University, February, 1985, "Interfirm Power and Its Use
within a Channel of Distribution."

Strategic Marketing Seminar, American Marketing Association, Urbana, Illinois, April, 1983,
"The Data Aggregation Issue in Empirical Analysis for Strategic Market Planning."

Research Seminar, University of Minnesota, June, 1982, "A Model of Interorganizational
Exchange Behavior in Marketing Channels."

Guest Lecture Series, Ohio State University, June, 1981, "Marketing Management and
Distribution Channels."

Logistics and Marketing Management Seminar, American Marketing Association, Mobile,
Alabama, May, 1981, "Problems and Prospects for Increased Vertical and Horizontal
Coordination of a Channel's Logistics Responsibilities."

Marketing Educators' Conference, American Marketing Association, Chicago, August, 1978,
"The Application of Channel Power:  Its Effects and Connotations."

Midwest AIDS, Cincinnati, May, 1978, "An Indirect Approach to Measuring Power in
Distribution Channels."

Albert Haring Doctoral Symposium, Indiana University, April, 1978, "Use of Power in the
Interfirm Influence Process."

DOCTORAL DISSERTATION COMMITTEES:

Christine El-Haddad, USC, summer of 2006 to present

G. L. Frazier Resume
Page 15

**DOCTORAL DISSERTATION COMMITTEES (continued):**

Kersi Antia, University of Southern California, 1994 to 1997 (chair); now at University of Wisconsin, Madison

Keysuk Kim, University of Southern California, 1990 to 1992 (chair)

Walfried Lassar, University of Southern California, 1990 to 1992 (chair)

Kirti Sawhney Celli, University of Southern California, 1989 to 1992 (chair)

Raymond C. Rody, University of Southern California, 1989 to 1992 (chair)

Tassu Shervani, University of Southern California, 1988 to 1991 (chair); now at SMU

Scott Koslow, University of Southern California, 1989 to 1991

Robert Allerheiligen, University of Southern California, 1984 to 1985

Dennis Garrett, University of Illinois, 1984 to 1985

Sudhir Kale, University of Illinois, 1983 to 1984

**GRADUATE AND UNDERGRADUATE TEACHING EXPERIENCE:**

Behavioral Research in Marketing, Ph.D.
Marketing Channels, undergraduate, MBA, and Ph.D.
Marketing Strategy and Implementation, Ph.D.
Sales Force Management, MBA and undergraduate
Promotion Management, MBA and undergraduate
Marketing Management, MBA and undergraduate
Marketing Strategy, undergraduate

I generally receive superior teacher ratings and positive written feedback from my students. I have won several awards for my teaching.

**CONSULTING AND EXPERT WITNESS EXPERIENCE:**

| Year | Company | Areas |
|------|---------|-------|
| 1977 | General Motors | Distribution and promotion management |
| 1978 | Paul Harris Company (retailer of women's fashion products) | Market segmentation and promotion management |
| 1978 | Olympia Brewing Company | Market expansion and distribution management |
| 1979 | Wholesalers in the medical supply and equipment channel | Sales force and distribution management |
| 1980 | Hewlett-Packard | Personal selling and sales force management |

G.   L. Frazier Resume
Page 16

## CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):

| | | |
|---|---|---|
| 1981 | Richard Newman Associates, Inc. (advertising agency) | Personal selling and channel design |
| 1982 and 1983 | Pullman Trailmobile (manufacturer of truck trailers) | Personal selling, sales force management, and distribution management |
| 1983 | Famous Barr Department Stores (member of the May Department Stores Company) | Buyer-vendor relations and negotiating strategy |
| 1983 | Western Electric (now AT&T Technologies) | Marketing strategy and sales force management |
| 1984 | Christie Clinic (health care provider) | Branch location and promotional strategy |
| 1984 | Therapy Selection Services (health care provider) | Strategic marketing and marketing strategy |
| 1985 | Northrop Corporation (manufacturer of aerospace products) | Distribution channel design and management, sales force management, and countertrading |
| 1985 | Foot Leveler, Inc. (manufacturer of medical equipment) | Expert witness on marketing and distribution |
| 1985 | Deluca Wine and Spirits Corporation (distributor of wine and liquor) | Expert witness on marketing and distribution |
| 1985 and 1986 | Carnation | New product development and marketing strategy |
| 1986 | Standard Abrasives, Inc. (manufacturer of industrial abrasive products) | Supplier distributor relationships, marketing research, and new product development |
| 1986 | Photo-Graphix Systems, Inc. (manufacturer of photographic business cards) | Supplier-distributor relationships and distributor sales training programs |
| 1987 and 1988 | C & C Wholesale (distributor of beverages and food products) | Expert witness on marketing and distribution |
| 1987 | Maury Abrams Co., Inc. (real estate developer and shopping center owner) | Expert witness on marketing and distribution |

G. L. Frazier Resume
Page 17

**CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):**

| | | |
|---|---|---|
| 1988 | 3M | The management of distribution channel relationships |
| 1988 | Valcom, Inc. (franchisor of computer products) | Expert witness on marketing and distribution |
| 1988 | TRW | The design and management of channels of distribution, and market segmentation |
| 1989 | Merck Pharmaceutical | The building and maintenance of business partnerships |
| 1990 | Southern California Edison | Expert witness on marketing strategy |
| 1990 | Pedo-Seed (producer of hybrid vegetable and fruit seeds) | The design and management of channels and distribution |
| 1990 | Omaha Vacine Corporation (manufacturer of vacines for livestock) | Expert witness on marketing and distribution |
| 1990 | Comac (marketing services provider) | Personal selling and sales force management |
| 1991 | Holmes-Hally Industries (manufacturer of garage doors) | Building a market-focused organization |
| 1991 and 1992 | Adrays (retailer of appliances and home entertainment products) | Expert witness on trademarks, marketing, and distribution |
| 1992 | Arthur Andersen | Building a market-focused organization |
| 1992 | Sunrider International (direct selling organization) | Building a market-focused organization |
| 1992 | Navistar (manufacturer of farm equipment) | Expert witness on marketing and distribution |
| 1993 | All-West (distributor of pet food) | Expert witness on marketing and distribution |
| 1993 | Shipley's (fashion retailer) | Expert witness on marketing and distribution |
| 1993 and 1994 | Several former distributors of Mac Tools, Inc. | Expert witness on marketing and distribution |
| 1994 | Joico (manufacturer of hair care products) | Expert witness on marketing and distribution |

G.   L. Frazier Resume
Page 18

CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):

| | | |
|---|---|---|
| 1995 | U.S. Justice Department | Distribution expert in evaluating Microsoft's inclusion of MSN in Windows' '95' software |
| 1995 | Honeywell, Perfect Climate Division | Distribution practices |
| 1995 | Letro, Inc (manufacturer of automatic pool cleaning equipment) | Expert witness on trade dress, marketing, and distribution |
| 1995 | Hewlett-Packard | The productivity of marketing and sales tactics with distributors |
| 1996 | Vanstar (distributor of computer products) | Expert witness on marketing and distribution |
| 1996 | AirTouch Cellular (cellular telephone service provider) | Expert witness on marketing and distribution |
| 1996 | Santa Monica Honda (motorcycle dealer) | Expert witness on marketing and distribution |
| 1996 | LGB (German manufacturer of model trains) | Expert witness on trademarks, marketing, and distribution |
| 1996 | Telesphere Liquidating Trust (telephone services) | Expert witness on marketing and distribution |
| 1997 | Bergen-Brunswig (distributor of pharmaceuticals) | Expert witness on marketing and |
| 1997 | AirTouch Cellular | Expert witness on marketing and distribution |
| 1997 | Playtex (sun care products division) | Expert witness on marketing and distribution |
| 1997 | Micron Electronics (manufacturer of computer products) | Expert witness on marketing and distribution |
| 1997 | Hasbro, Inc. | Expert witness on marketing and distribution on the Internet |
| 1997 | LGB | Expert witness on marketing and distribution |
| 1997 | Oakland Raiders | Expert witness on licensing, marketing, and distribution |

G.  L. Frazier Resume
Page 19

## CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):

| | | |
|---|---|---|
| 1997 | Super Sports, Inc. (retailer of sporting goods) | Expert witness on trademarks and their effects |
| 1998 | Anheuser-Busch | Expert witness on marketing and distribution |
| 1998 | Cambro (manufacturer of food service products) | Expert witness on distribution |
| 1998 | Dynamic (manufacturer of car alarms) | Expert witness on marketing and distribution |
| 1998 | Honeywell | Marketing and distribution |
| 1998 | Snap-On | Expert witness on distribution |
| 1998 | Bilstein (manufacturer of shock absorbers) | Expert witness on distribution |
| 1998 and 1999 | Coca-Cola | Re-design of channels in China |
| 1998 and 1999 | Lipton | Expert witness on marketing and distribution |
| 1998 and 1999 | AirTouch Cellular | Expert witness on marketing and distribution |
| 1999 | C & L Distribution (distributor of auto parts) | Expert witness on distribution |
| 1999 | Dacor (manufacturer of kitchen appliances) | Expert witness on distribution |
| 1999 | 3M | Channel organization and management |
| 2000 | Tarkett (manufacturer of flooring products) | Expert witness on marketing and distribution |
| 2000 | Sky One (retailer of electronics) | Expert witness on marketing and distribution |

G.   L. Frazier Resume
Page 20

CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):

| | | |
|---|---|---|
| 2000 | Dalio and Company (operator of supermarkets) | Expert witness on marketing and distribution |
| 2000 | Taco Bell | Expert witness on marketing and distribution |
| 2000 and 2001 | American Booksellers' Association | Expert witness on marketing and distribution |
| 2000 and 2001 | Wal-Mart | Expert witness on marketing and distribution |
| 2001 | Medibuy (an internet-based supplier of medical supplies) | Expert witness on marketing and distribution |
| 2001 | Arctic Cat (manufacturer of snowmobiles and ATVs) | Channel organization and management |
| 2001 | Australia Vision (manufacturer of sunglasses) | Expert witness on marketing and distribution |
| 2001 and 2002 | Former distributors of Sara Lee | Expert witness on marketing and distribution |
| 2002 and 2004 | Gillette | Expert witness on marketing and distribution |
| 2002 | Wal-Mart (USA and Mexico) | Expert witness on marketing and distribution |
| 2002 | Edwards Cinemas | Expert witness on marketing and distribution |
| 2002 | Scotts' (lawn and garden products) | Expert witness on marketing and distribution |
| 2002 | Mobil Oil Corporation | Expert witness on marketing and distribution |
| 2002 and 2003 | Microsoft | Expert witness on distribution |

G.   L. Frazier Resume
Page 21

**CONSULTING AND EXPERT WITNESS EXPERIENCE (continued):**

| | | |
|---|---|---|
| 2002 and 2003 | Pelican Products (manufacturer of carrying cases) | Expert witness on marketing and distribution |
| 2003 | Oakland Raiders | Expert witness on marketing and distribution |
| 2003 and 2004 | Nitgen (manufacturer of biometric products) | Expert witness on marketing and distribution |
| 2004 | Cyclone USA (manufacturer of automotive after-market products) | Expert witness on marketing and distribution |
| 2004 | EPI (distributor of automotive after-market products) | Expert witness on marketing and distribution |
| 2004 and 2005 | Mastercard International | Expert witness on marketing and distribution |
| 2004 and 2005 | Tong Yang (manufacturer) and Keystone (distributor) of automotive after-market products | Expert witness on marketing and distribution |
| 2004 and 2005 | C &L (former distributor of automotive after-market products) | Expert witness on marketing and distribution |
| 2005 | City of New York (vs. gun manufacturers and distributors) | Expert witness on marketing and distribution |
| 2006 | Adams' Golf | Expert witness on marketing and distribution |
| 2006 | Calphalon (manufacturer of cookware) | Expert witness on marketing and distribution |
| 2006 | Pelican Products (manufacturer of carrying cases) | Expert witness on marketing and distribution |
| 2006 | Sonic Wall | Expert witness on marketing and distribution |
| 2007 and 2008 | UPS | Expert witness on marketing and distribution |
| 2007 and 2008 | Sirius Radio | Expert witness on marketing and distribution |

G.  L. Frazier Resume
Page 22

**EXECUTIVE EDUCATION EXPERIENCE:**

| Year | Program | Areas |
|------|---------|-------|
| 1980-1984 | Faculty member, Industrial Marketing Management Seminar, University of Illinois | Distribution, sales force, and promotion management; sales forecasting; political processes within organizations; industrial buyer behavior |
| 1982 | Faculty member, Automotive Services Industry Association Seminar, University of Illinois | New product development |
| 1983 | Faculty member, Western Electric (now AT&T Technologies) Seminar, Chicago, Illinois | Marketing strategy, personal selling, and negotiating Strategy |
| 1984 and 1985 | Marketing of Professional Health Care Services, California Marketing Associates, Los Angeles | Strategic marketing and negotiating strategy |
| 1986 | General Electric, Management Development Institute, Crotonville, New York | Marketing strategy and management |
| 1988 and 1989 | Weyerhaeuser Corporation, Sales Leadership Seminar | The interface of marketing and sales management |
| 1991 | IBM Corporation, Business Partner Seminar | Channel management and building of partnerships in the channel |
| 1991 | USC Advanced Manager Program | Building a market-focused organization and channel management |
| 1992 | USC Advanced Manager Program | Creating value for customers |
| 1992 | Intel Foreign Manager Program | The structure and management of channels of distribution |
| 1992 and 1993 | Intel Marketing Program | The structure and management of channels of distribution, push and pull strategy, and retailing management |
| 1992 to 1995 | Honeywell Leadership Program | The structure and management of channels of distribution |
| 1994 to 1997 | USC Marketing Seminar | The structure and management of channels of distribution |

G.   L. Frazier Resume
Page 23

**EXECUTIVE EDUCATION EXPERIENCE (continued):**

| | | |
|---|---|---|
| 1994 | Hotai Marketing Program | The structure and management of channels of distribution |
| 1995 to 1997 | Texas Instruments | The structure and management of channels of distribution |
| 1996 and 1997 | Samsung | The structure and management of channels of distribution |

**SERVICE, UNIVERSITY OF SOUTHERN CALIFORNIA, 1984 to present:**

**University Level**

Member of the University Committee on Appointment, Promotion, and Tenure,
    from September, 2002 to December, 2007

USC Ambassador, beginning Fall of 2001 to the present

Member of the Committee on Faculty Tenure and Privileges Appeals
    since Spring, 2001

Member of the University Research Committee, 1986-1987, 1987-1988, 1988-1989

♦   Chaired a sub-committee on "Research Support for Faculty in the Arts,
    Humanities, and Social Science" during 1987-1988

♦   Chaired a sub-committee on "The Development Effort and Research Support"
    during 1988-1989

**School of Business Administration Level**

Member of the Research Committee, Fall, 2007 to present

Member of the MBA Curriculum and Over-site Committee, Fall, 2002 to Spring, 2003

Chair of the MBA Curriculum and Over-site Committee, Spring, 2001 through Summer, 2002

Chair of the Committee on Chaired Appointments, Fall, 2002

Member of an MBA teaching awards committee, Spring, 2000

Member of a committee evaluating the merits of Ananth Madaven's record for a
    distinguished chaired position, Spring, 2000

Member of the School's Personnel Committee, September 1, 1995 to May 1, 1999

Chaired Ph.D. Committee on identifying cross-departmental Ph.D. Courses, Fall, 1998

Head of School's Personnel Committee, September 1, 1995 to  May 1, 1997

G.  L. Frazier Resume
Page 24

## School of Business Administration Level (continued):

Director of Research Conferences at the Center for Telecommunications Management from Fall, 1987 to Summer, 1990

Member of the Ph.D. Quest Committee, School of Business Administration 1984-1985

Member of the Ph.D. Committee, School of Business Administration, Spring semester, 1985 to 1989

Member of the Strategic Planning Committee, July of 1989 through April of 1992

Member of the MBA Task Force, November, 1989 to December, 1990

Member of the Dean's Fellows Committee from January of 1988 to May of 1990

Member of the Distance Teaching Committee, Fall of 1989

Panelist at the doctoral workshops held at the Los Angeles MBA Forums, November 9th and 10th, 1990

Presentation at Ph.D. Recruitment Program, December 1989 and 1990

Presentation at Undergraduate Recruitment Program, November 20, 1988

Organized FBE and Marketing Research Seminars with Tom Gilligan, 1987-1988

Member of the Research Committee, School of Business Administration, 1984 to 1987

Attended Directors of Doctoral Programs in Business Administration meeting in Seattle, September 13-15, 1985

Project research advisor for students in the IBEAR program, School of Business Administration, 1984-1987

## Marketing Department Level

Chair of the MBA Electives' Committee, Fall, 2006 through Fall, 2007

Member of Minors' Committee, Fall, 2006 to present

Chair of a Committee on evaluating staff performance, Spring, 2005

Chair of Allen Weiss' Peer Evaluation Group, Fall, 2002

Member of Shantanu Dutta's Peer Evaluation Group, Fall, 2002

Chaired recruiting committee for an Assistant Clinical Professor position, Spring, 2002

Chair of Debbie MacInnis' Peer Evaluation Group, Fall, 2000

Served on the guidance committees of Youngshuan Bao, Matthew Thomson, and Shoming Qu during the summer of 2000

G.   L. Frazier Resume
Page 25

**Marketing Department Level (continued):**

Chaired recruiting committee for an Assistant Clinical Professor position, Spring, 2000

Chaired committee evaluating the status of the Ph.D. program in Marketing, Spring, 2000

Chaired committee evaluating annual faculty performance, Spring, 1999

Coordinated faculty recruiting effort, Summer, 1998

Chaired staff evaluation committee, Spring, 1998

Chairman of Robert Spekman's PEG Committee during the Spring of 1990

Served on two PEG Committees during the Fall of 1989

Served on three PEG Committees during the Fall of 1988; chairman of Wesley Johnston's
committee

Served on four PEG Committees during the Fall of 1987; chairman of Valerie Folkes'
committee

Coordinator of recruiting efforts in the Department, 1985 through 1988

Member of the "Chairman's Advisory Committee," 1987 to 1989

Member of the "Ph.D. Committee," 1985 to 1990

Coordinator of the Ph.D. Program in Marketing, 1985 to 1987

Served on committee to develop a "mission statement" for the department, Fall semester, 1986

Served on committee to evaluate a proposal for a revised M.B.A. Program, April 1986
Co-coordinator (along with John Graham) of the "Guest-Speaker Series," Spring semester, 1985

Represented the Department at the Forum for University Admissions Staff, August 24, 1988 and
August 16, 1989

Developed Ph.D. courses on "Marketing Strategy and Implementation" and "Implementation of
Marketing Programs"

Course Section Coordinator for the undergraduate Sales Force Management (MKT 415) class
from Fall of 1987 through Spring of 1990

**SERVICE, UNIVERSITY OF ILLINOIS, 1979-1984:**

Developed a Ph.D. course on "Interorganizational Marketing Systems," an MBA course on
"Sales Force Management," and an undergraduate course on "Industrial Marketing"

Dealt with members of the Central States Industrial Distributors Association in funding and
developing an education program in Industrial Distribution

Served on Committee to develop a "mission statement" for the Department, Fall semester, 1983

G.  L. Frazier Resume
Page 26

**SERVICE, UNIVERSITY OF ILLINOIS, 1979-1984 (continued):**

Served on the Graduate Admissions, Library, and Capricious Grading Committees

Coordinated faculty recruiting efforts at the American Marketing Association's Educators' Conference, 1980 and 1982

Faculty advisor to Alpha Kappa Psi, 1981 through 1984
Faculty advisor for students in the Individualized Plan of Study Program

**SERVICE, INDIANA UNIVERSITY, 1975-1979:**

President of DBA Association, 1978-1979

Member of the DBA Association's Policy Committee, 1977-1978 and 1978-1979

Athletic chairman of DBA Association, 1977-1978

Assisted Ralph L. Day in editing Consumer Satisfaction, Dissatisfaction, and Complaining Behavior, (Division of Research:  Indiana University), Summer 1977

Coordinator of Albert Haring Doctoral Symposium, Spring 1977